Form A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

David Dale Jensen
6719239
Mt Pleasant Correctional Facility

(Enter above the FULL name and
inmate number of the plaintiff or
plaintiffs in this action.)

vs.                                                                                    COMPLAINT

Mt Pleasant Correctional Facility
Gale Hutkins, Diane Evans
~~Danny Drock~~
Jay Nelson

(Enter above the FULL name of
each defendant in this action.)

(NOTE: if there is more than ONE plaintiff, a separate sheet should be attached giving the information in part I and II below for EACH plaintiff by name.)

I. Previous lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes [ ]   No [✓]

B. If your answer to A is Yes, please answer the questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper using the same outline.)
    1. Parties to this previous lawsuit
        Plaintiffs   N/A

        Defendants _____

1

2. Court (if Federal, court, name the district; if State court, name the county)
   __N/A__

3. Docket Number __N/A__

4. Name of judge to whom case was assigned. _____

5. Disposition, if known: (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Place of present confinement __Mt Pleasant Correctional Facilty__

   A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes [✓] No [ ]

   C. If your answer is YES,
      1. What steps did you take? __Grievence and appeal Classification appeal__

      2. What was the result? __all where denied__

   D. If your answer is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to Prison authorities?
      Yes [ ] No [ ]

   F. If your answer is YES,
      1. What steps did you take? _____

2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff __David Dale Jensen__   State # 6719239
   Address __1200 E Washington, Mt Pleasant, Ia 52641__

B. Additional plaintiffs _____

(In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant __Gale Hukkins__ is employed as __Mt Pleasant Correctional Facility__ at __1200 E Washington, Mt Pleasant, Ia 52641__.

D. Additional defendants __Diane Evans, ~~Barry Bach~~ Jay Nelson Both working at Mt Pleasant also.__

3

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(c). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. Statement of Claim
(State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

Inmate Charles Fouts brought things to copy into the Library one of which contained a Cartoon of a Nude person. He got a signed form from Diane Evans he did not show Diane the pictures he brought to me I copyed said papers and I was fired from my job and given a report which was dismissed also I was removed from treatment. I Did Not refuse treatment my good time was removed so I can not Leave on time it was removed by Gale Hatkins. I did Not refuse treatment. I also refused to sign the form saying I was removed from treatment

VI. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Only to give me my good time back so I may go home when I am supposed too. ~~[scribbled out text]~~

VII. Statement Regarding Assistance in Preparing This Complaint

A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?
Yes [   ]   No [ ✓ ]

B. If your answer is YES, name the person who assisted you.

_____

c. Signature of person who helped prepare complaint.

_____          _____
(Signature)                             (Date)

VIII. Signature(s) of Plaintiff(s)

Signed this __11__ day of __Jan_____, 20_10_.

_David J_____
(Signature)

Signatures of additional plaintiffs, if any:

_____  _____
(Signature)                     (Date)

_____  _____
(Signature)                     (Date)

_____  _____
(Signature)                     (Date)

_____  _____
(Signature)                     (Date)

_____  _____
(Signature)                     (Date)

_____  _____
(Signature)                     (Date)

Your Honor-

At this time I having some difficulty with the facility filling out the income sheet. They give me 25¢ a day for idle pay. It has been this way for 2 month & months before that I got no pay and before that for 2 months I had $6.00 a month wage. I am having issues with the facility wanting to file no. the papers.

Thanks for listing

[signature]

David Jensen 6719239
M.P.C.F.
1200 E Washington
Mt. Pleasant, Iowa
52641

Legal

Clerk-U.S. D
P.O. BOX 9